FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 10, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVEN HONKUS,<br><br>    Plaintiff,<br><br>    v.<br><br>TRIMBLE NAVIGATION, LTD.,<br><br>    Defendant. | NO. 2:16-cv-00312-SAB<br><br><br><br><br><br>**ORDER** |

    The Court held a hearing in the above-captioned case on April 5, 2018 in Spokane, Washington. Plaintiff was represented by Mary Schultz and Defendant was represented by James Kalamon and Paul Stewart. At the hearing, the Court denied Defendant's request for a protective order regarding the deposition of Defendant's CFO, Robert Painter, because he potentially has relevant information as it relates to the matters at issue in this case. In so ruling, the Court granted Plaintiff's counsel's request for fees. The Court further granted Defendant's motion to extend the discovery and dispositive motions deadlines, and set those deadlines accordingly.

//
//
//
//
//

**ORDER** + 1

Accordingly, **IT IS ORDERED:**

1. Defendant's Motion for Protective Order Re: Deposition of Robert Painter, ECF No. 26, is **DENIED**.

2. Plaintiff's request for fees with regard to Defendant's motion for a protective order is **GRANTED**. Counsel shall file an affidavit in support of fees by April 13, 2018.

3. Defendant's Motion to Extend Discovery Deadline, ECF No. 30, is **GRANTED**. All discovery shall be completed by **May 1, 2018**, and dispositive motions shall be filed and served by **May 5, 2018**.

4. Defendant's Motion to Expedite, ECF No. 32, is **DENIED as moot**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 9th day of April 2018.

Stanley A. Bastian
United States District Judge

**ORDER** + 2