MARY SCHULTZ  
MARY SCHULTZ LAW, P.S.  
2111 E. Red Barn Lane  
Spangle, WA 99031  
Tel: (509) 245-3522  
Fax: (509) 245-3308  
E-mail: Mary@MSchultz.com  

The Hon. Stanley Bastian

**Attorney for Plaintiff**

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVEN HONKUS,<br><br>                  Plaintiff,<br><br>v.<br><br>TRIMBLE NAVIGATION, LTD.,<br><br>                  Defendant. | NO. 2:16-CV-00312-SAB<br><br>PLAINTIFF'S REPLY RE: COUNTERMOTION IN LIMINE<br><br>Hearing Date: May 17, 2018<br>Hearing Time: 10:00 a.m.<br>Location:       Spokane<br>*With Oral Argument* |

Plaintiff Steven Honkus, through counsel, Mary Schultz of Mary Schultz Law, P.S., replies to Defendant Trimble Navigation Ltd.'s response (*ECF 61*) to Plaintiff's countermotion in limine (*ECF 55*), as follows:

Plaintiff's countermotion to exclude cites no legal support for the exclusion relief because there is none. As the motion details, there is no legitimate basis to exclude expert witness opinion on ultimate issues in a



SOX whistleblower case like this. To do so would be contrary to Federal Rule of Evidence 702, and 704(a), and for all the reasons detailed in Mr. Honkus's response to Trimble's motion in limine to exclude experts Selling and Diamond, at *ECF 58*.

But certainly if Trimble's motion were to be granted for some authority yet to be offered, then any such exclusion order would require the same exclusion of *Trimble's* expert. *ECF 55, p. 2: 9-13.* Trimble's defense expert offers the very same FRE 702 and 704 type of opinions that Trimble argues is not allowed. *See ECF 59-4, p. 4, Medlin Explanation of Opinions.* For all the reasons discussed in Mr. Honkus' ECF 58 memorandum, FRE 702 and 704 both confirm that the offered expert opinions in this case are properly admitted.

DATED this 11th day of May, 2018.

**MARY SCHULTZ LAW, P.S.,**

/s/**Mary Schultz**
WSBA #14198
Attorney for Plaintiff
**Mary Schultz Law, P.S.**
2111 E. Red Barn Lane, Spangle, Washington 99031
Tel: (509) 245-3522/Fax: (509) 245-3308
E-mail: Mary@MSchultz.com



2111 E. Red Barn Lane
Spangle, WA 99031
Phone: 509.245.3522 • Fax: 509.245.3308

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on **May 11, 2018**, the foregoing document was filed with the Clerk of the Court, using the CM/ECF System, which will send notification of such filing to all registered attorneys in this action.

DATED this **11**th day of **May, 2018**.

/s/**Mary Schultz**
WSBA #14198
Attorney for Plaintiff
**Mary Schultz Law, P.S.**
2111 E. Red Barn Lane
Spangle, Washington 99031
Tel: (509) 245-3522/Fax: (509) 245-3308
E-mail: Mary@MSchultz.com



2111 E. Red Barn Lane
Spangle, WA 99031
Phone: 509.245.3522 • Fax: 509.245.3308