# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVEN HONKUS, <br><br> Plaintiff(s), <br><br> vs. <br><br> TRIMBLE NAVIGATION, <br><br> Defendant(s). | Case No. 2:16-CV-00312-SAB <br><br> **CIVIL MINUTES** <br><br> DATE: 05/17/2018 <br><br> LOCATION: SPOKANE <br><br> MOTION HEARING |

| **Judge STANLEY A. BASTIAN** | | |
|---|---|---|
| Erin R. Coppin <br> **Courtroom Deputy** | 02 <br> **Law Clerk** | Mark Snover <br> **Court Reporter** |
| Mary E. Schultz <br><br> **Plaintiff's Counsel** | Paul Stewart <br> James Kalamon <br> **Defendant's Counsel** | |

**[X] Open Court**     [ ] Chambers     [ ] Telecon

Mr. Stewart presented argument.
Ms. Schultz presented argument.
Mr. Stewart presented rebuttal argument.

Motion in Limine to Exclude Plaintiff's Experts Stephen Diamond and Thomas Selling (ECF No 47) - The Court took the matter under advisement.

The Court encouraged the parties to discuss the possibility of mediation.

**[ ] ORDER FORTHCOMING**

| CONVENED: 9:56 AM | ADJOURNED: 10:30 AM | TIME: 34 MINUTES | CALENDARED [ ] |
|---|---|---|---|