FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 08, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

STEVEN HONKUS,

    Plaintiff,

    v.

TRIMBLE NAVIGATION, LTD.,

    Defendant.

NO. 2:16-cv-00312-SAB

**ORDER DISMISSING CASE**

    Before the Court is the parties' Stipulated Motion for Dismissal, ECF No. 116. The parties stipulate and request the Court dismiss this matter with prejudice, and without costs to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to grant the motion and dismiss this case.

//
//
//
//
//
//
//
//

**ORDER DISMISSING CASE** + 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Dismissal, ECF No. 116, is **GRANTED**.

2. This matter is **DISMISSED with prejudice** and without costs to any party.

3. Any pending motions are **dismissed as moot**.

4. The trial date and any remaining pretrial deadlines are **stricken**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** this file.

**DATED** this 8th day of August 2018.



*Stanley A. Bastian*
Stanley A. Bastian
United States District Judge

**ORDER DISMISSING CASE** + 2